# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143475(69)(71)

BRUCE WHITMAN,
          Plaintiff-Appellant/
          Cross-Appellee,

v

CITY OF BURTON and CHARLES SMILEY,
          Defendants-Appellees/
          Cross-Appellants.

_____

SC: 143475
COA: 294703
Genesee CC: 08-087993-CL

      On order of the Chief Justice, motions by the Michigan Association for Justice and the Michigan Municipal League, Michigan Townships Association and the Public Corporation Law Section of the State Bar of Michigan for leave to file briefs *amicus curiae* are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2012

_____
Clerk